507 A.2d 322

**In re Appeal of Arthur SHORE from the Decision of the Board of Supervisors of Solebury Township Denying Request for Curative Amendment.**

Supreme Court of Pennsylvania.

March 21, 1986.

158

Petition for Allowance of Appeal GRANTED, No. 44 E.D. Appeal Docket 1986.